# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

John P. Fusco, et al.

                                    Plaintiff,

v.

Jenny Craig International, Inc.

                                    Defendant

No.   08cv0610 W (AJB)

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE.**

FILED
08 MAY 28 PM 12: 06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:   "Low Numbered" Case No.   08cv0354 M (BLM)

     Title:   Fusco, et al. V. Jenny Craig Inc.

     Nature of Case:   28:1332 Diversity, Breach of Contract

The above "low numbered" case and the present case appear

- X (1) to arise from the same or substantially identical transactions, happenings or events; or
- X (2) involve the same or substantially the same parties or property; or
- ___ (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- X (4) call for determination of the same or substantially identical questions of law; or
- X (5) where a case is refiled within one year of having previously been terminated by the Court; or
- X (6) for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #:   08cv0610 M (BLM)

This case was transferred pursuant to the Low Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

                                                            **W. Samuel Hamrick, Jr.**, Clerk of Court,

DATED:   May 16, 2008        By: s/ A. Everill

                                           (By) Deputy, A. Everill

## ORDER OF TRANSFER PURSUANT TO "LOW NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under the "Low Number" Rule.

DATED:   5/22/08               _____
                                                Jeffrey T. Miller
                                                United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the "Low Number" Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Jeffrey T. Miller and Magistrate Judge Barbara Lynn Major for all further proceedings.

DATED:   5/23/08               _____
                                                Thomas J. Whelan
                                               United States District Judge