1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                       SOUTHERN DISTRICT OF CALIFORNIA

9

10   JON P. FUSCO, et al.,              )  Case No. 08cv0610-JM (BLM)
                                        )
11                      Plaintiffs,     )
                                        )  **ORDER FINDING EARLY NEUTRAL**
12   v.                                 )  **EVALUATION CONFERENCE**
                                        )  **INAPPROPRIATE**
13   JENNY CRAIG, INC., et al.,         )
                                        )
14                      Defendants.     )
     _____)

15

16        An answer has not yet been filed in this case.  However,

17   during a telephonic, attorneys-only Case Management in related Case

18   Nos. 08cv0354-JM (BLM) and 08cv0541-JM (BLM), counsel represented

19   that all three cases have settled.

20        In light of the current status of the pleadings and counsel's

21   representation, this Court finds it inappropriate to convene an

22   Early Neutral Evaluation Conference at this time.  See Civil Local

23   Rule 16.1(c) (explaining that the "judicial officer shall hold

24   [conferences] as he or she deems appropriate").  The Court will set

25   a Case Management Conference in this case by separate order.

26        **IT IS SO ORDERED.**

27   DATED:  June 2, 2008

28                                      BARBARA L. MAJOR
                                        United States Magistrate Judge

                                -1-                       08cv0610-JM (BLM)

```
1    COPY TO:

2    HONORABLE JEFFREY T. MILLER
     UNITED STATES DISTRICT JUDGE
3
     ALL COUNSEL AND PARTIES
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
```

08cv0610-JM (BLM)