1  
2  Richard R. Spirra (SBN: 106361)
   rspirra@gordonrees.com
3  GORDON & REES LLP
   101 W. Broadway, Suite 1600
4  San Diego, CA 92101
   Telephone: (619) 696-6700
5  Facsimile: (619) 696-7124
   Attorneys for defendant Jenny Craig, Inc.
6  
   Dick A. Semerdjian
7  Schwartz Semerdjian Haile et al LLP
   Telephone: (619) 236-8821
8  101 W Broadway # 810
   San Diego, CA 92101
9  Attorneys for plaintiffs.

10  
11                UNITED STATES DISTRICT COURT
12                SOUTHERN DISTRICT OF CALIFORNIA
13  
14  
15  Jon P. Fusco, Jo Anne Fusco, DMJ, Inc. and  )  Civil Case No. 08 CV 0610 W
    Ken Carter,                                 )
16                                              )
                    Plaintiffs,                 )  **JOINT MOTION OF ALL**
17                                              )  **PARTIES TO DISMISS CASE**
         vs.                                    )
18                                              )
    Jenny Craig, Inc. and Jenny Craig           )
19  International, Inc.,                        )
                                                )
20                  Defendants.                 )
                                                )
21  ─────────────────────────────────────────

22       WHEREAS Jenny Craig International, Inc. was merged into Jenny Craig,
23  Inc. in or about March of 2007, and was subsequently dissolved; and
         WHEREAS the parties to this action have entered into an agreement to
24  
    resolve the disputes raised in this action, but not all of the terms and conditions of
25  
    the settlement have been met;
26
         IT IS HEREBY STIPULATED by all parties to this action, through their
27
28

- 1 -

JOINT MOTION TO DISMISS CASE
Civil Case No. 08 CV 0610 W

respective counsel, that, upon consent of the Court to this stipulation, this action shall be dismissed, without prejudice, with each party bearing its own costs and attorneys' fees.

Dated:                          GORDON & REES LLP

By: _____
Richard R. Spirra,
Attorneys for defendant
Jenny Craig, Inc.

Dated:                          SCHWARTZ SEMERDJIAN HAILE BALLARD & CAULEY LLP

By: _____
Dick A. Semerdjian
Attorneys for plaintiffs

It is so ordered.

Dated:

_____
United States District Court Judge