Richard R. Spirra (SBN: 106361)
rspirra@gordonrees.com
GORDON & REES LLP
101 W. Broadway, Suite 1600
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124
Attorneys for defendant Jenny Craig, Inc.

Dick A. Semerdjian
Schwartz Semerdjian Haile et al LLP
Telephone: (619) 236-8821
101 W Broadway # 810
San Diego, CA 92101
Attorneys for plaintiffs.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jon P. Fusco, Jo Anne Fusco, DMJ, Inc. and Ken Carter, <br><br>                  Plaintiffs, <br><br>    vs. <br><br>Jenny Craig, Inc. and Jenny Craig International, Inc., <br><br>                  Defendants. | Civil Case No. 08 CV 0610 W <br><br>**JOINT MOTION OF ALL PARTIES TO DISMISS CASE** |

   WHEREAS Jenny Craig International, Inc. was merged into Jenny Craig, Inc. in or about March of 2007, and was subsequently dissolved; and

   WHEREAS the parties to this action have entered into an agreement to resolve the disputes raised in this action, but not all of the terms and conditions of the settlement have been met;

   IT IS HEREBY STIPULATED by all parties to this action, through their

respective counsel, that, upon consent of the Court to this stipulation, this action shall be dismissed, without prejudice, with each party bearing its own costs and attorneys' fees.

Dated: July 7, 2008                    GORDON & REES LLP

By: *s/ Richard R. Spirra*
Richard R. Spirra,
Attorneys for Plaintiff
Jenny Craig Franchising, LLC

Dated: July 7, 2008                    SCHWARTZ SEMERDJIAN HAILE BALLARD & CAULEY LLP

By: *s/ Dick A. Semerdjian*
Dick A. Semerdjian
Attorneys for defendant DMJ, Inc.

It is so ordered.
Dated:
                                        _____
                                        United States District Court Judge