UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON P. FUSCO, JO ANNE FUSCO, DMJ, INC. and KEN CARTER, | Case No.08cv610 JM |
| Plaintiff, | ORDER GRANTING JOINT MOTION OF ALL PARTIES TO DISMISS CASE |
| v. | [Docket No. 6] |
| JENNY CRAIG, INC. and JENNY CRAIG INTERNATIONAL, INC. | |
| Defendants. | |

Upon the joint motion of the parties and for good cause shown, this action is hereby dismissed, without prejudice, with each party bearing its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: July 15, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge